```
                           FILED
                   CLERK, U.S. DISTRICT COURT

                           6/18/2025

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:       ASI        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00505-CV |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| CHRISTIAN DAMIAN CERNA CAMACHO, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), 2(a)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant BRAYAN RAMOS-BRITO, also known as "Brian Ramos-Brito," and others known and unknown to the Grand Jury, each aiding and abetting the others, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.M., an employee of the United States Border Patrol, and

//

//

1  in doing so made physical contact with J.M., while J.M. was engaged
2  in, and on account of, the performance of J.M.'s official duties.
3
4                                          A TRUE BILL
5
6                                          /S/_____
                                           Foreperson
7
8  BILAL A. ESSAYLI
   United States Attorney
9
   CHRISTINA T. SHAY
10 Assistant United States Attorney
   Chief, Criminal Division
11

12 *[signature: Frances D. Lewis]*

13 FRANCES S. LEWIS
   Assistant United States Attorney
14 Chief, General Crimes Section

15 SHAWN T. ANDREWS
   Assistant United States Attorney
16 Deputy Chief, General Crimes Section

17 JOSHUA J. LEE
   Assistant United States Attorney
18 General Crimes Section

19
20
21
22
23
24
25
26
27
28