UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DAMIAN CERNA CAMACHO,<br><br>Defendant. | No. 2:25-cr-00505-CV<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF GRAND JURY MATERIALS** |

  The Court has read and considered defendant Christian Damian Cerna Camacho's motion to compel grand jury materials, filed in this matter on September 8, 2025, as well as all associated briefing and argument of the parties. For the reasons set forth in Mr. Cerna's briefing papers, and for GOOD CAUSE SHOWING, the Court finds that Mr. Cerna has demonstrated a "particularized and compelling need" for disclosure of grand jury materials related to the original and first superseding indictments filed in this case.

  Accordingly, IT IS HEREBY ORDERED that the government shall disclose to defendant Cerna, within seven days of this order the following materials, subject to any

1 | protective order to which the parties may agree: (1) the charge and instructions given to
2 | the grand jury in connection with both indictments; (2) any pre-deliberation proceedings
3 | related to both indictments, including instructions for the grand jury to read the
4 | indictments; (3) all witness testimony and exhibits related to both indictments; (4) any
5 | post-indictment proceedings related to both indictment, including related to confirmation
6 | of the grand jury's deliberations and return of the indictment; (5) the grand jury ballots;
7 | and (6) the copies of the Original and First Superseding Indictments containing the
8 | forepersons wet signature(s).

       IT IS SO ORDERED.

Dated: _____

       HON. CYNTHIA VALENZUELA
       UNITED STATES DISTRICT JUDGE